BERNARD SHERIDAN, Respondent, *v.* JOHN ANDREWS, Im-
pleaded, etc., Appellant.

(Submitted June 1, 1880; decided September 21, 1880.)

THIS was an appeal from order of General Term which re-
versed an order of Special Term and set aside judgments for
costs entered for defendants upon a remittitur. The respond-
ent moved to dismiss the appeal and for a return of the re-
mittitur for correction. The motion to dismiss was upon the
ground that notice of appeal was not served in time. It was
founded on an affidavit showing service of the order appealed
from on October 17, 1878, the order bearing date on that day
with a notice of the entry thereof on the same day. The op-
posing affidavits and papers showed that the copy order served
had no date, was not addressed to any one, had no written
notice of entry thereof, and was not, in fact, entered or filed
until October 24th. The motion to dismiss was denied, as
was also the motion to have the remittitur returned. As to
the appeal, the court say that all the questions raised are fully
covered by the opinion in *Sheridan* v. *Andrews* (Mem. 80 N.
Y. 648).

*John Andrews,* appellant in person.

*Thomas M. Wheeler* for respondent.

MILLER, J., reads for denial of motion to dismiss appeal and for return of remittitur, and also for reversal of order of General Term, and affirmance of order of Special Term.

All concur.

Ordered accordingly.